

**ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com**

**Ralph A. Dengler**
T 212.503.0655
F 212.307.5598
RADengler@Venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

<u>VIA CM/ECF</u>

November 14, 2019

The Honorable Judge Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Ottah v. Verizon Services Corp.*, 1:19-cv-08552-LGS (S.D.N.Y.)

Dear Judge Schofield:

This firm represents Verizon Services Corp. ("Verizon") in the above-captioned matter. I recently became lead counsel upon the withdrawal of my former partner, Todd M. Nosher (Dkt. No. 22), and I write pursuant to Your Honor's Individual Rules and Procedures for Civil Cases.

Verizon respectfully requests an adjournment of the Initial Conference set for November 21, 2019 at 10:30 AM (Dkt. No. 5) to the week of December 2 or later, at Your Honor's convenience. Verizon also requests that the related deadlines for submitting a Case Management Plan and Initial Disclosures be re-set until after the Initial Conference is held.

This is Verizon's first request for an extension of the Initial Conference and is due to a scheduling conflict on my part, namely a pre-existing Court conference at which I must appear in person before the Honorable Judge James Donato in 19-cv-05036-JD (N.D. Cal.), Dkt. No. 185.

I conferred today with *pro se* Plaintiff, Mr. Ottah, and he consents to Verizon's above requests.

Thank you for your time and consideration.

Respectfully submitted,

*/s/ Ralph A. Dengler*

Ralph A. Dengler
*Counsel for Verizon*

cc:  Chikezie Ottah (*via Federal Express*)

The November 21, 2019, 10:30 a.m. conference is adjourned until **December 3, 2019, at 10:30 a.m.** The Court's practice is to receive the proposed case management plan ("CMP") and joint letter -- which must comply with the Order at Dkt. No. 5 -- *before* the conference, so that the proposed schedule can be discussed at the conference. Accordingly, the parties shall file their joint letter and proposed CMP **at least 7 days** before the conference. If Defendant has Plaintiff's telephone number, Defendant shall convey the substance of this Order to Plaintiff. SO ORDERED.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: November 15, 2019
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE



## **CERTIFICATE OF SERVICE**

I, Ralph A. Dengler, hereby certify that I caused a true and correct copy of the above Letter Motion to be served on *pro se* Plaintiff Chikezie Ottah on November 14, 2019 via Federal Express at Plaintiff's address listed below:

**CHIKEZIE OTTAH
648 DOROTHEA LANE
ELMONT, NEW YORK 11003**

Dated: November 14, 2019          <u>*/s/ Ralph A. Dengler*</u>

**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.: (212) 503-0655
Facsimile No.: (212) 307-5598

*Counsel for Verizon*