```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHIKEZIE OTTAH,                                              :
                                      Plaintiff,             :
                                                             :        19 Civ. 8552 (LGS)
                 -against-                                   :
                                                             :        ORDER
VERIZON SERVICES CORP,                                       :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference was held on **December 3, 2019**. It is hereby

**ORDERED** that, as discussed at the conference, Defendant shall file its opening motion to dismiss brief by **December 6, 2019**. Plaintiff shall file the opposition brief by **January 6, 2020.** Defendant shall file the reply brief by **January 13, 2020**. The opening and opposition briefs shall not exceed 25 pages, and the reply brief shall not exceed 10 pages. The parties shall comply with the Individual Rules for Civil Pro Se Cases on motions, available at

https://nysd.uscourts.gov/sites/default/files/practice_documents/LGS%20Individual%20Rules%20Pro%20Se%20FINAL%2011.12.2019.pdf. It is further

**ORDERED** that discovery is stayed until resolution of the motion to dismiss.

Dated: December 3, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**