UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHIKEZIE OTTAH,
                              Plaintiff,         19 Civ. 8552 (LGS)

          -against-                         ORDER

VERIZON SERVICES CORP,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated February 6, 2020, Defendant's motion to dismiss was converted to a motion for summary judgment on the issues of (i) whether Defendant has infringed the subject patent, and (ii) pro se Plaintiff's standing to sue in light of the absence of his patent co-owners from the suit.  Pro se Plaintiff was directed to file evidence, along with any accompanying supplemental briefing, not to exceed 5 double-spaced pages, in opposition to summary judgment within 30 days after Defendant filed further evidence, or by April 6, 2020. Pro se Plaintiff was advised that, although Verizon has the burden of producing evidence, Plaintiff may choose to file any evidence undermining Verizon's arguments and evidence.  For example, Verizon has argued in its motion papers that the disclaimers of pro se Plaintiff's patent co-owners of their rights to sue may not be authentic.  Pro se Plaintiff therefore may file evidence supporting the authenticity of these disclaimers;

      WHEREAS, pro se Plaintiff did not file any evidence or supplemental briefing in opposition to summary judgment by the April 6 deadline.  It is hereby

      **ORDERED** that if pro se Plaintiff chooses to submit such materials, they shall be filed no later than **April 30, 2020**.  If pro se Plaintiff does not file supplemental evidence,

supplemental briefing or a request for an extension, the motion will be deemed fully submitted and ready for decision.  It is further

    **ORDERED** that Defendant shall serve this Order on pro se Plaintiff via mail and, if possible, via email, and file proof of such service by **April 17, 2020**.  It is further

    **ORDERED** that pro se Plaintiff is advised that, in light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  Pro se parties also are encouraged to consent to receive all court documents electronically.  A consent to electronic service form is attached to this order and is available on the Court's website.  Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).  For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.

Dated: April 15, 2020
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| Address | City | State | Zip Code |

| Telephone Number | E-mail Address |

| Date | Signature |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007