UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHIKEZIE OTTAH,
                              Plaintiff,          19 Civ. 8552 (LGS)

         -against-                             ORDER

VERIZON SERVICES CORP,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pro se Plaintiff timely filed additional materials in opposition to summary judgment (Dkt. No. 48).  The cover letter to the materials indicates that pro se Plaintiff requires additional time to file a letter from Kenneth Ottah.  It is hereby

       **ORDERED** that, if pro se Plaintiff chooses to submit such letter, the letter shall be filed no later than **May 19, 2020**.  After May 19, 2020, no other additional evidence or briefing will be considered, and the motion will be deemed fully submitted and ready for decision.  It is further

       **ORDERED** that Defendant shall serve this Order on pro se Plaintiff via mail and, if possible, via email, and file proof of such service by **May 8, 2020**.

Dated: May 20, 2020
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE