**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHIKEZIE OTTAH,

                    Plaintiff,

      -against-                                 19 **CIVIL** 8552 (LGS)

## JUDGMENT

VERIZON SERVICES CORP.,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated July 16, 2020, the defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

      July 16, 2020

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                         **BY:**    *K. Mango*
                                                  **Deputy Clerk**